IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

JOSHUA SAVAGE,

    Plaintiff,

v.                                                                Civil Action No. 5:14-cv-95 (Bailey)
                                                             Ohio County Civil Action No. 14-C-178

TUNNEL RIDGE, LLC and
ALLIANCE COAL, LLC

    Defendants.


**ORDER GRANTING DEFENDANTS'**
**MOTION FOR LEAVE TO FILE AMENDED ANSWER**

    This matter having come before the Court upon the Defendants' Motion, and the Court having been sufficiently advised:

    IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Amended Answer should be, and hereby is, GRANTED and that the tendered Amended Answer be FILED in the record of this action.

    So ordered this the 20th day of January, 2015.

                                            JUDGE JOHN PRESTON BAILEY